IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADETUNJI AKANDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 05-cv-4212-JPG |
| | ) |
| RANDALL GROUNDS, TERRY GUY, | ) |
| JEANIE CAMPANELLA, and | ) |
| DEE DEE BROOKHART, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendants Randall Grounds, Terry Guy, Jeanie Campanella and Dee Dee Brookhart and against plaintiff Adetunji Akande and that this case is dismissed with prejudice.

**DATED: October 24, 2007**              **NORBERT JAWORSKI**

                                                **s/Vicki L. McGuire**
                                                Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**